857 A.2d 673

**Robert J. BEAM, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 12, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.